The City of Jacksonville, a municipal corporation under the laws of the State of Florida, Plaintiff in Error,

vs. William T. Sheppard and Mary W. Sheppard, his wife, Defendants in Error.

Writ of Error to Circuit Court Duval county.

*J. M. Barrs*, for Plaintiff in Error.

*J. J. Holland*, for Defendants in Error.

This action was brought by the defendants in error against the plaintiffs in error. There was judgment for the plaintiffs, and the defendants take writ of error.

Writ of error dismissed on praecipe of counsel for plaintiff in error.